Randall JOHNSON, Appellant,

v.

Larry ROWLEY, Appellee.

No. 01–3296.

United States Court of Appeals,
Eighth Circuit.

Submitted May 20, 2002.

Decided May 23, 2002.

Before WOLLMAN, FAGG, and
MORRIS SHEPPARD ARNOLD, Circuit
Judges.

PER CURIAM.

Randall Johnson appeals the district court's[1] denial of his 28 U.S.C. § 2254 petition. For the reasons stated by the district court, we agree that the state court's decision was neither contrary to nor an unreasonable application of clearly established federal law. The judgment of the district court is therefore affirmed. See 8th Cir. R. 47B.

[1]. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Lawrence O. Davis, United States Magistrate Judge for the Eastern District of Missouri, now retired.